STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-026 (EMC) |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2021 THROUGH DECEMBER 9, 2021; [PROPOSED] ORDER** |
| v. | |
| BENITO MACIAS, | |
| Defendant. | |

    The parties have reached an agreement to resolve this matter and have requested a change of plea hearing that has been set for December 9, 2021. The defendant is recovering from a surgery on his hand following a work accident. The parties hereby stipulate and request that time be excluded under the Speedy Trial Act from November 17, 2021 through December 9, 2021 for effective preparation of counsel.

    IT IS SO STIPULATED

                                                   STEPHANIE M. HINDS
                                                 Acting United States Attorney

Dated: November 10, 2021              ___/s/_____
                                                 Daniel Pastor
                                                 Assistant United States Attorney

1

2  Dated: November 10, 2021            _____/s/_____
                                       Joanna Sheridan
3                                      Counsel for Defendant Benito Macias

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from November 17, 2021 through December 9, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant the effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  November 10, 2021

_____
HON. EDWARD M. CHEN
United States District Judge